IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| IN THE MATTER OF COURT APPROVAL OF CONFIDENTIAL SETTLEMENT ON BEHALF OF J.R., A MINOR | ORDER<br><br>17-cv-277-jdp |

---

This case involves the settlement of a tort claim involving a minor, J.R. One of the parties, United Air Lines, Inc., petitions the court to appoint a guardian ad litem for J.R. to review the settlement and the related trust, to approve the settlement, and to allow the settlement and trust documents to be filed under seal.

The motion to seal is granted.

I anticipate that I will grant the motion to appoint the GAL and hold a hearing on the approval of the settlement and trust. But before I take any substantive action, I will require United to verify that the court has subject matter jurisdiction. I infer that United invokes the court's diversity jurisdiction, but the petition does not indicate the citizenship of the parties. Accordingly, I will require United to submit a supplemental statement to provide this information and to state the basis of the court's jurisdiction.

Once United makes this filing, and assuming the court has jurisdiction, I will appoint Mr. Huibregtse as GAL and set a hearing. At the hearing, I will expect Mr. Huibregtse to explain why the settlement and the terms of the trust are in J.R.'s interests. I note that standards for distributions from the trust are quite restrictive, that the trust extends well beyond J.R.'s minority, and that the powers of the trustee are extremely broad.

ORDER

IT IS ORDERED that:

1. The motion to seal is granted.

2. United Air Lines, Inc., may have until April 24, 2017, to file a supplemental statement regarding the court's jurisdiction.

Entered April 17, 2017.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge