IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN THE MATTER OF COURT APPROVAL OF
CONFIDENTIAL SETTLEMENT ON BEHALF
OF J.R., A MINOR

ORDER

17-cv-277-jdp

---

Counsel for United Air Lines has responded to my request for a supplemental statement concerning jurisdiction. I am satisfied that the court has diversity jurisdiction under 28 U.S.C. § 1332 and that the matter presents an actual case or controversy.

I appoint Mr. Huibregtse as GAL and direct court staff to set a hearing date in consultation with the parties. As noted in my previous order, at the hearing I will expect Mr. Huibregtse to explain whether the settlement and the terms of the trust are in J.R.'s interests.

ORDER

IT IS ORDERED that:

1. Bruce D. Huibregtse is appointed as guardian ad litem for J.R.
2. The matter will be set for a hearing at a time set in consultation with the parties.

Entered April 19, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge