IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IN THE MATTER OF COURT APPROVAL OF
CONFIDENTIAL SETTLEMENT ON BEHALF
OF J.R., A MINOR

ORDER

17-cv-277-jdp

---

United Air Lines, Inc. petitioned the court to approve a proposed settlement involving J.R., a minor. Dkt. 1. I appointed a guardian ad litem for J.R. and held a hearing. Dkt. 5; Dkt. 8; Dkt. 9. Following the hearing, J.R.'s GAL filed a letter and a revised trust agreement, Dkt. 10, which adequately address my concerns. I conclude that the proposed settlement is fair and reasonable and in J.R.'s best interest. I will therefore approve the proposed settlement without another hearing and direct the clerk of court to close the case.

ORDER

IT IS ORDERED that:

1. United Air Lines, Inc.'s petition to approve the proposed settlement, Dkt. 1, is GRANTED.

2. The settlement payment will be disbursed pursuant to the terms of the final settlement agreement, Dkt. 6, and the revised trust agreement, Dkt. 10-2.

3. Bruce D. Huibregtse will be discharged as J.R.'s guardian ad litem once the settlement funds are disbursed as set forth in the final settlement agreement paragraph 3.

4. The clerk of court is directed to close the case.

Entered May 15, 2017.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge